

# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2015

No. 04-15-00289-CR

Rodney Joe **GARRETT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR3151
Honorable Steve Hilbig, Judge Presiding

# O R D E R

      The reporter's record in this appeal was originally due on July 6, 2015. Bettina Williams, one of the court reporters responsible for filing the reporter's record in this appeal, has filed a second notification of late record, asking for an extension of time to file the reporter's record to September 15, 2015. The extension is GRANTED IN PART. **The reporter's record is due on September 4, 2015.** *See* TEX. R. APP. P. 35.3(c) (providing that each extension of time to file the reporter's record in an ordinary appeal must not exceed 30 days). No further extensions will be granted.

_Karen Angelini_
Karen Angelini, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of August, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court